IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE D. BROOKS,<br>      Petitioner,<br>  vs.<br>J. WALKER, Warden,<br>      Respondent. | No. C 09-1355 CRB (PR)<br><br>ORDER |

      On July 17, 2009, the court (White, J.) ordered respondent to show cause, within 60 days, as to why a writ of habeas corpus under 28 U.S.C. § 2254 should not be granted as to the following four claims – (1) the trial court committed <u>Batson</u> error; (2) petitioner's sentence of life without the possibility of parole constitutes cruel and unusual punishment; (3) admission of pre-trial statements of witness Chandler that were described as "credible" and "accurate" violated petitioner's Sixth Amendment rights; and (4) prosecutorial misconduct violated petitioner's rights to due process and a fair trial.

      On August 7, 2009, the case was reassigned to the undersigned and various deadlines were vacated.

      In order to expedite this matter, the court orders as follows:

      1.    Respondent shall file with the court and serve on petitioner, within 30 days of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

1  Respondent shall file with the answer and serve on petitioner a copy of all portions of the
2  state trial record that have been transcribed previously and that are relevant to a
3  determination of the issues presented by the petition.
4       If petitioner wishes to respond to the answer, he shall do so by filing a traverse
5  with the court and serving it on respondent within 30 days of his receipt of the answer.
6       2.    Respondent may file a motion to dismiss on procedural grounds in lieu of
7  an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
8  Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file
9  with the court and serve on respondent an opposition or statement of non-opposition
10  within 30 days of receipt of the motion, and respondent shall file with the court and serve
11  on petitioner a reply within 15 days of receipt of any opposition.
12       3.    Petitioner is reminded that all communications with the court must be
13  served on respondent by mailing a true copy of the document to respondent's counsel.
14  Petitioner must also keep the court and all parties informed of any change of address.
15  SO ORDERED.
16  DATED:  Oct. 15, 2009
17                                                 CHARLES R. BREYER
                                               United States District Judge

27  G:\PRO-SE\CRB\HC.09\Brooks, J1.or1.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE D. BROOKS,<br><br>　　　　　Plaintiff,<br><br>  v.<br><br>J. WALKER et al,<br><br>　　　　　Defendant._____/ | Case Number: CV09-01355 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jermaine D. Brooks
V84088
P.O. Box 290066
Represa, CA 95671

Dated: October 15, 2009

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk