**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERMAINE D. BROOKS, | No. C 09-1355 LHK (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. WALKER, Warden, | |
| Respondent. | |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED**.

DATED: February 28, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge