UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERMAINE D. BROOKS,<br>    Petitioner,<br>    v.<br>J. WALKER, Warden,<br>    Respondent. | No. C 09-1355 LHK (PR)<br>**AMENDED JUDGMENT** |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED.**

DATED: March 15, 2011

                                                LUCY H. KOH<br>
                                          United States District Judge